**Order entered October 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01143-CV

**CLINTON ADAMS, Appellant**

**V.**

**CITY OF DALLAS, TEXAS, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00321-B**

## ORDER

On September 19, 2014, we notified Renee Drake, Official Court Reporter of the 44th Judicial District Court, that the reporter's record in this appeal was overdue. Although directed at that time to file the record no later than September 29, 2014, Ms. Drake has not filed the record. Accordingly, we **ORDER** Ms. Drake to file, no later than October 16, 2014 (1) the reporter's record, (2) written verification the record has not been requested, or (3) written verification the record has been requested but appellant has not paid or made payment arrangements for the record. We caution appellant that notice that the record has been requested but no payment, or showing appellant is entitled to proceed without payment of costs, has been made may result in this appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/      ADA BROWN
JUSTICE